**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ELEVEN11 LOUNGE GROUP, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-1891661** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **720 WEST 26TH STREET APARTMENT 4042 HOUSTON, TX 77008** <br> Number, Street, City, State & ZIP Code <br><br> **Harris** <br> County | **Mailing address, if different from principal place of business** <br><br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **2402 AUSTIN STREET Houston, TX 77004** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor  **ELEVEN11 LOUNGE GROUP, LLC**                                     Case number (*if known*) _____
        Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__7224__

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | **ELEVEN11 LOUNGE GROUP, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | | | | |
| District | | When | Case number, if known | |

**11.** **Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor  **ELEVEN11 LOUNGE GROUP, LLC**                                          Case number (*if known*) _____
Name

☐ $50,001 - $100,000                    ☐ $10,000,001 - $50  million             ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                   ■ $50,000,001 - $100 million             ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million                 ☐ $100,000,001 - $500 million           ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

Debtor    **ELEVEN11 LOUNGE GROUP, LLC**                                        Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2023**
               MM / DD / YYYY

**X** **/s/ DAVID GONZALES**                                **DAVID GONZALES**
Signature of authorized representative of debtor            Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Jarrod B. Martin**                              Date    **June 30, 2023**
Signature of attorney for debtor                                    MM / DD / YYYY

**Jarrod B. Martin**
Printed name

**Chamberlain, Hrdlicka, White, Williams, & Aughtry, P.C.**
Firm name

**1200 Smith Street**
**Suite 1400**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone    **(713) 658-1818**    Email address    **jarrod.martin@chamberlainlaw.com**

**24070221 TX**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **ELEVEN11 LOUNGE GROUP, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 30, 2023**          X **/s/ DAVID GONZALES**
                                          Signature of individual signing on behalf of debtor

                                          **DAVID GONZALES**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **ELEVEN11 LOUNGE GROUP, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................  $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................  $ _____41,984.90

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................  $ _____41,984.90

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................  $ _____94,250.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ _____26,521.26

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$ _____72,044,025.10

4.  Total liabilities ...........................................................................................................
   Lines 2 + 3a + 3b

   $   72,164,796.36

**Fill in this information to identify the case:**

Debtor name    **ELEVEN11 LOUNGE GROUP, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.     **Cash on hand** | **$3,615.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| **JPMORGAN CHASE BANK, N.A.** PO BOX 182051 | | | |
| 3.1.   **COLUMBUS, OH 43218-2051** | **CHECKING** | **7205** | **$5,750.54** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.       | **$9,365.54** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.   **OCCIDENTAL INVESTMENT CO. | LEASE DEPOSIT** | **$10,000.00** |
|---|---|

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor    **ELEVEN11 LOUNGE GROUP, LLC**                    Case number *(If known)* _____
          Name

| 9. | **Total of Part 2.** | **$10,000.00** |
|---|---|---|
|   | Add lines 7 through 8. Copy the total to line 81. |   |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** LIQUOR INVENTORY | | $7,194.36 | | $7,194.36 |

| 23. | **Total of Part 5.** | **$7,194.36** |
|---|---|---|
|   | Add lines 19 through 22.  Copy the total to line 84. |   |

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor   **ELEVEN11 LOUNGE GROUP, LLC**                    Case number *(If known)* _____
          Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** <br> **TABLES (10)** | Unknown | | $1,500.00 |
| **COUCHES (3)** | Unknown | | $250.00 |
| **LARGE CONFERENCE DESK ELECTRICAL** | Unknown | | $500.00 |
| **PODIUM** | Unknown | | $150.00 |
| **MIRRORS (4 )** | Unknown | | $150.00 |
| **WOODEN SHELVES (7)** | Unknown | | $200.00 |
| **OFFICE DESKS (2)** | Unknown | | $150.00 |
| **OFFICE CHAIRS (7)** | Unknown | | $400.00 |
| **BEER PONG TABLE** | Unknown | | $50.00 |
| 40.  **Office fixtures** <br> **CHANDELIERS (3)** | Unknown | | $150.00 |
| **SCONCES (2)** | Unknown | | $100.00 |
| **SINK** | Unknown | | $75.00 |
| **CABINETS (2)** | Unknown | | $400.00 |
| **WOODEN DOOR** | Unknown | | $150.00 |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** <br> **POINT OF SALE SYSTEM** | Unknown | | $6,000.00 |
| **COMPUTER** | Unknown | | $400.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

Debtor    **ELEVEN11 LOUNGE GROUP, LLC**         Case number *(If known)* _____
Name

---

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$10,625.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| REFRIGERATOR (MEDIUM) | Unknown | | $125.00 |
| WATER HOSE RACK | Unknown | | $50.00 |
| WINE RACK | Unknown | | $200.00 |
| SPEED BAR RACK | Unknown | | $25.00 |
| POPCORN MAKER | Unknown | | $100.00 |
| RAFFLE WHEEL | Unknown | | $50.00 |
| GAS GRILLS (2) | Unknown | | $500.00 |
| PROPANE HEATER | Unknown | | $300.00 |
| LARGE BOTTLE COOLER | Unknown | | $1,000.00 |
| FOG MACHINES (2) | Unknown | | $400.00 |

Debtor   **ELEVEN11 LOUNGE GROUP, LLC**                    Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| **REFRIGERATOR (SMALL)** | **Unknown** | **$50.00** |
| **CUSTOM SIGNAGE (2)** | **Unknown** | **$400.00** |
| **STORAGE CABINETS LOCKED (2)** | **Unknown** | **$400.00** |
| **SHOT RACKS (8)** | **Unknown** | **$300.00** |
| **BAR WELLS (2)** | **Unknown** | **$600.00** |
| **SHOT RACKS (7)** | **Unknown** | **$300.00** |

51.   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.         | **$4,800.00** |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of
debtor's interest**

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

Debtor    **ELEVEN11 LOUNGE GROUP, LLC**
          Name                                                           Case number *(If known)* _____

**ARCH SPECIALITY INSURANCE COMPANY |
COMMERCIAL LINES POLICY (GENERAL AND LIQUOR)**                                              **$0.00**

---

74. **Causes of action against third parties (whether or not a lawsuit
    has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

78. **Total of Part 11.**                                                    **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **ELEVEN11 LOUNGE GROUP, LLC**                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,365.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $7,194.36 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,625.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $41,984.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $41,984.90 |

**Fill in this information to identify the case:**

Debtor name **ELEVEN11 LOUNGE GROUP, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **OCCIDENTAL INVESTMENT CO.**<br>Creditor's Name<br><br>**C/O JILL SCHEIN RAMEY CHANDLER QUINN, P.C.**<br>**750 BERING DRIVE, SUITE 600**<br>**HOUSTON, TX 77057**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**LEASE DEPOSIT: $10,000** | $94,250.00 | $0.00 |

Creditor's email address, if known

Date debt was incurred
**2/15/23**
Last 4 digits of account number

Describe the lien
**LEASE**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $94,250.00

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **ELEVEN11 LOUNGE GROUP, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**<br>**PO BOX 13528**<br>**CAPITAL STATION**<br>**AUSTIN, TX 78711-3528** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $26,521.26 | $26,521.26 |
| Date or dates debt was incurred<br>**4/1/2023** | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**DELORES BALDERAS**<br>**C/O BANDAS LAW FIRM, P.C.**<br>**2211 NORFOLK STREET, SUITE 620**<br>**HOUSTON, TX 77098** | As of the petition filing date, the claim is: *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | $1,000,000.00 |
| **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | Basis for the claim:  __LITIGATION PENDING__<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**ECO LAB**<br>**655 LONE OAK DRIVE**<br>**SAINT PAUL, MN 55121** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $184.00 |
| **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | Basis for the claim: ___<br>Is the claim subject to offset? ☑ No  ☐ Yes | |

27189

Debtor   **ELEVEN11 LOUNGE GROUP, LLC**                              Case number (if known) _____
                  Name

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**ELVIRA MATA**
**C/O RICARDO L. RAMOS, P.C.**
**THE RIVER OAKS BANK BUILDING**
**2001 KIRBY DRIVE, SUITE 340**
**HOUSTON, TX 77019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __LITIGATION PENDING__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**ESTATE OF BIANCA HERNANDEZ**
**C/O RICARDO L. RAMOS, P.C.**
**THE RIVER OAKS BANK BUILDING**
**2001 KIRBY DRIVE, SUITE 340**
**HOUSTON, TX 77019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __LITIGATION PENDING__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**ESTATE OF BRIANA LYNN HERNANDEZ**
**C/O RICARDO L. RAMOS, P.C.**
**THE RIVER OAKS BANK BUILDING**
**2001 KIRBY DRIVE, SUITE 340**
**HOUSTON, TX 77019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __LITIGATION PENDING__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**ESTATE OF MIRANDA LEE DEASES**
**C/O RICARDO L. RAMOS, P.C.**
**THE RIVER OAKS BANK BUILDING**
**2001 KIRBY DRIVE, SUITE 340**
**HOUSTON, TX 77019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __LITIGATION PENDING__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**JESSICA DEASES**
**C/O RICARDO L. RAMOS, P.C.**
**THE RIVER OAKS BANK BUILDING**
**2001 KIRBY DRIVE, SUITE 340**
**HOUSTON, TX 77019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __LITIGATION PENDING__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00 |
|---|---|---|---|

**JESUS DE LA GARZA JR.**
**C/O BARTON LAW GROUP**
**1201 SHEPHERD DRIVE**
**HOUSTON, TX 77007**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __LITIGATION PENDING__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | ELEVEN11 LOUNGE GROUP, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

JOEL GUERRA, JR.
C/O GROSSMAN LAW OFFICES, P.C.
5440 HARVEST HILL ROAD, SUITE 200
DALLAS, TX 75230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **NON-SUITED LITIGATION WITHOUT PREJUDICE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000,000.00**

JOSE A. ZUNIGA
RICARDO L. RAMOS, PLLC
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION PENDING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,841.10**

MONSHAUGEN &  VAN HUFF, P.C.
1225 NORTH LOOP WEST, SUITE 640
HOUSTON, TX 77008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **LEGAL SERVICES RELATED TO LITIGATION**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

NOEMY RIOS
C/O GROSSMAN LAW OFFICES, P.C.
5440 HARVEST HILL ROAD, SUITE 200
DALLAS, TX 75230

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **NON-SUITED LITIGATION WITHOUT PREJUDICE**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00**

ROBERT HERNANDEZ
C/O RICARDO L. RAMOS, P.C.
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION PENDING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000,000.00**

SANDY GARZA
C/O RICARDO L. RAMOS, PLLC
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **LITIGATION PENDING**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **ELEVEN11 LOUNGE GROUP, LLC**                                    Case number (if known) _____
         Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000,000.00** |
|---|---|---|---|

**THE ESTATE OF JESSLYN ZUNIGA
C/O RICARDO L. RAMOS, PLLC
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **LITIGATION PENDING**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**THE ESTATE OF JOEL GUERRA III
C/O GROSSMAN LAW OFFICES, P.C.
5440 HARVEST HILL ROAD, SUITE 200
DALLAS, TX 75230**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **NON-SUITED LITIGATION WITHOUT PREJUDICE**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ALBERT T. VAN HUFF**<br>**MONSHAUGEN & VAN HUFF P.C.**<br>**1225 NORTH LOOP WEST, SUITE 640**<br>**HOUSTON, TX 77008** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **CHRIS SCHLEIFFER**<br>**THE BARTON LAW GROUP**<br>**1201 SHEPHERD DRIVE**<br>**HOUSTON, TX 77007** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **DANIEL P. BARTON**<br>**THE BARTON LAW GROUP**<br>**1201 SHEPHERD DRIVE**<br>**HOUSTON, TX 77007** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **FRANK CAYCEDO**<br>**THE LAW OFFICES OF SABRINA R. KARELS**<br>**19450 STATE HIGHWAY 249**<br>**SUITE 475**<br>**HOUSTON, TX 77070** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **G. ERICK ROSEMOND**<br>**BANDAS LAW FIRM, P.C.**<br>**2211 NORFOLK STREET, SUITE 620**<br>**HOUSTON, TX 77098** | Line **3.1**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **ISABELLE D. VARLAN**<br>**MONSHAUGEN & VAN HUFF, P.C.**<br>**1225 NORTH LOOP WEST, SUITE 640**<br>**HOUSTON, TX 77008** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |
| 4.7 | **KARA STAUFFER**<br>**ALVAREZ STAUFFER BREMER PLLC**<br>**1301 MCKINNEY STREET, SUITE 1550**<br>**HOUSTON, TX 77010** | Line **3.14**<br>☐ Not listed. Explain ____ | __ |

Debtor   **ELEVEN11 LOUNGE GROUP, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.8  **KARA STAUFFER**<br>**ALVAREZ STAUFFER BREMER PLLC**<br>**1301 MCKINNEY STREET, SUITE 1550**<br>**HOUSTON, TX 77010** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9  **KARA STAUFFER**<br>**ALVAREZ STAUFFER BREMER PLLC**<br>**1301 MCKINNEY STREET, SUITE 1550**<br>**HOUSTON, TX 77010** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10  **RICARDO L. RAMOS**<br>**RICARDO L. RAMOS, PLLC**<br>**THE RIVER OAKS BANK BUILDING**<br>**2001 KIRBY DRIVE, SUITE 340**<br>**HOUSTON, TX 77019** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11  **RICARDO L. RAMOS**<br>**RICARDO L. RAMOS, PLLC**<br>**THE RIVER OAKS BANK BUILDING**<br>**2001 KIRBY DRIVE, SUITE 340**<br>**HOUSTON, TX 77019** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12  **RICARDO L. RAMOS**<br>**RICARDO L. RAMOS, PLLC**<br>**THE RIVER OAKS BANK BUILDING**<br>**2001 KIRBY DRIVE, SUITE 340**<br>**HOUSTON, TX 77019** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13  **RICARDO L. RAMOS**<br>**RICARDO L. RAMOS, PLLC**<br>**THE RIVER OAKS BANK BUILDING**<br>**2001 KIRBY DRIVE, SUITE 340**<br>**HOUSTON, TX 77019** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14  **RICARDO L. RAMOS**<br>**RICARDO L. RAMOS, PLLC**<br>**THE RIVER OAKS BANK BUILDING**<br>**2001 KIRBY DRIVE, SUITE 340**<br>**HOUSTON, TX 77019** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15  **RICARDO L. RAMOS**<br>**RICARDO L. RAMOS, PLLC**<br>**THE RIVER OAKS BANK BUILDING**<br>**2001 KIRBY DRIVE, SUITE 340**<br>**HOUSTON, TX 77019** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16  **RICARDO L. RAMOS**<br>**RICARDO L. RAMOS, PLLC**<br>**THE RIVER OAKS BANK BUILDING**<br>**2001 KIRBY DRIVE, SUITE 340**<br>**HOUSTON, TX 77019** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17  **RICARDO L. RAMOS**<br>**RICARDO L. RAMOS, PLLC**<br>**THE RIVER OAKS BANK BUILDING**<br>**2001 KIRBY DRIVE, SUITE 340**<br>**HOUSTON, TX 77019** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |

Debtor   **ELEVEN11 LOUNGE GROUP, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.18 **RICARDO L. RAMOS**<br>**RICARDO L. RAMOS, PLLC**<br>**THE RIVER OAKS BANK BUILDING**<br>**2001 KIRBY DRIVE, SUITE 340**<br>**HOUSTON, TX 77019** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 **WILLIE BEN DAW, III**<br>**DAW & RAY, LLP**<br>**5718 WESTHEIMER, SUITE 1400**<br>**HOUSTON, TX 77057** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 **WILLIE BEN DAW, III**<br>**DAW & RAY, LLP**<br>**5718 WESTHEIMER, SUITE 1400**<br>**HOUSTON, TX 77057** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 **WILLIE BEN DAW, III**<br>**DAW & RAY, LLP**<br>**5718 WESTHEIMER, SUITE 1400**<br>**HOUSTON, TX 77057** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 **WILLIE BEN DAW, III**<br>**DAW & RAY, LLP**<br>**5718 WESTHEIMER, SUITE 1400**<br>**HOUSTON, TX 77057** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 **WILLIE BEN DAW, III**<br>**DAW & RAY, LLP**<br>**5718 WESTHEIMER, SUITE 1400**<br>**HOUSTON, TX 77057** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $                    26,521.26 |
| 5b. Total claims from Part 2 | 5b. + | $              72,044,025.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $              72,070,546.36 |

**Fill in this information to identify the case:**

Debtor name   **ELEVEN11 LOUNGE GROUP, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest          **REAL PROPERTY LEASE FOR 2402 AUSTIN STREET, HOUSTON, TX. 8 MONTHS** | |
| State the term remaining | **OCCIDENTAL INVESTMENT CO. C/O JILL SCHEIN RAMEY CHANDLER QUINN, P.C. 750 BERING DRIVE, SUITE 600 HOUSTON, TX 77057** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name   **ELEVEN11 LOUNGE GROUP, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **DAVID GONZALEZ** | **C/O MONSHAUGEN & VAN HUFF, P.C. 1225 NORTH LOOP WEST, SUITE 640 HOUSTON, TX 77008** | **JESUS DE LA GARZA JR.** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.2 | **DELTA VALET, LLC** | **C/O FARID FARSI, REGISTERED AGENT 14855 MEMORIAL DRIVE, SUITE 1514 HOUSTON, TX 77079** | **JESUS DE LA GARZA JR.** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.3 | **HUONG VAN VO dba OCCIDENTAL INVESTMENT** | **2509 FAIR OAK STREET PEARLAND, TX 77584** | **ELVIRA MATA** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.4 | **HUONG VAN VO dba OCCIDENTAL INVESTMENT** | **2509 FAIR OAK STREET PEARLAND, TX 77584** | **ROBERT HERNANDEZ** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |

Debtor   **ELEVEN11 LOUNGE GROUP, LLC** _____   Case number *(if known)* _____

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  |  *Column 2:* **Creditor**

| | Codebtor | | Creditor | |
|---|---|---|---|---|
| 2.5 | **HUONG VAN VO dba OCCIDENTAL INVESTMENT** | **2509 FAIR OAK STREET PEARLAND, TX 77584** | **ESTATE OF BIANCA HERNANDEZ** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |
| 2.6 | **HUONG VAN VO dba OCCIDENTAL INVESTMENT** | **2509 FAIR OAK STREET PEARLAND, TX 77584** | **ESTATE OF BRIANA LYNN HERNANDEZ** | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.7 | **HUONG VAN VO dba OCCIDENTAL INVESTMENT** | **2509 FAIR OAK STREET PEARLAND, TX 77584** | **ESTATE OF MIRANDA LEE DEASES** | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.8 | **JUAN RAMOS** | **11802 CRESCENT BLUFF DRIVE PEARLAND, TX 77584** | **ESTATE OF BRIANA LYNN HERNANDEZ** | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.9 | **JUAN RAMOS** | **11802 CRESCENT BLUFF DRIVE PEARLAND, TX 77584** | **ESTATE OF BIANCA HERNANDEZ** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |
| 2.10 | **JUAN RAMOS** | **11802 CRESCENT BLUFF DRIVE PEARLAND, TX 77584** | **JESSICA DEASES** | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |
| 2.11 | **JUAN RAMOS** | **11802 CRESCENT BLUFF DRIVE PEARLAND, TX 77584** | **ESTATE OF MIRANDA LEE DEASES** | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.12 | **JUAN RAMOS** | **11802 CRESCENT BLUFF DRIVE PEARLAND, TX 77584** | **ELVIRA MATA** | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |

Debtor  **ELEVEN11 LOUNGE GROUP, LLC**  _____    Case number *(if known)*  _____

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.13 | **JUAN RAMOS** | 11802 CRESCENT BLUFF DRIVE PEARLAND, TX 77584 | **DELORES BALDERAS** | ☐ D ____ ■ E/F __3.1__ ☐ G ____ |
| 2.14 | **JUAN RAMOS** | 11802 CRESCENT BLUFF DRIVE PEARLAND, TX 77584 | **ROBERT HERNANDEZ** | ☐ D ____ ■ E/F __3.13__ ☐ G ____ |
| 2.15 | **LLR MANAGEMENT, INC.** | C/O LAW OFFICES OF SABRINA R. KARELS 19450 STATE HIGHWAY 249, SUITE 475 HOUSTON, TX 77070 | **JESUS DE LA GARZA JR.** | ☐ D ____ ■ E/F __3.8__ ☐ G ____ |
| 2.16 | **OCCIDENTAL INVESTMENT COMPANY** | WILLIAM F. ESTES, REGISTERED AGENT 6100 HILLCROFT, SUITE 106 HOUSTON, TX 77081 | **ELVIRA MATA** | ☐ D ____ ■ E/F __3.3__ ☐ G ____ |
| 2.17 | **OCCIDENTAL INVESTMENT COMPANY** | WILLIAM F. ESTES, REGISTERED AGENT 6100 HILLCROFT, SUITE 106 HOUSTON, TX 77081 | **ESTATE OF MIRANDA LEE DEASES** | ☐ D ____ ■ E/F __3.6__ ☐ G ____ |
| 2.18 | **OCCIDENTAL INVESTMENT COMPANY** | WILLIAM F. ESTES, REGISTERED AGENT 6100 HILLCROFT, SUITE 106 HOUSTON, TX 77081 | **ROBERT HERNANDEZ** | ☐ D ____ ■ E/F __3.13__ ☐ G ____ |
| 2.19 | **OCCIDENTAL INVESTMENT COMPANY** | WILLIAM F. ESTES, REGISTERED AGENT 6100 HILLCROFT, SUITE 106 HOUSTON, TX 77081 | **ESTATE OF BIANCA HERNANDEZ** | ☐ D ____ ■ E/F __3.4__ ☐ G ____ |

Debtor    **ELEVEN11 LOUNGE GROUP, LLC**                          Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20 **OCCIDENTAL INVESTMENT COMPANY** | WILLIAM F. ESTES, REGISTERED AGENT<br>6100 HILLCROFT, SUITE 106<br>HOUSTON, TX 77081 | **ESTATE OF BRIANA LYNN HERNANDEZ** | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.21 **STICKY PROMOTIONS, LLC** | C/O ALBERT T. VAN HUFF<br>1225 NORTH LOOP WEST<br>SUITE 640<br>HOUSTON, TX 77008-9000 | **ESTATE OF BRIANA LYNN HERNANDEZ** | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.22 **STICKY PROMOTIONS, LLC** | C/O ALBERT T. VAN HUFF<br>1225 NORTH LOOP WEST<br>SUITE 640<br>HOUSTON, TX 77008-9000 | **ESTATE OF BIANCA HERNANDEZ** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |
| 2.23 **STICKY PROMOTIONS, LLC** | C/O ALBERT T. VAN HUFF<br>1225 NORTH LOOP WEST<br>SUITE 640<br>HOUSTON, TX 77008-9000 | **JESSICA DEASES** | ☐ D ____<br>■ E/F __3.7__<br>☐ G ____ |
| 2.24 **STICKY PROMOTIONS, LLC** | C/O ALBERT T. VAN HUFF<br>1225 NORTH LOOP WEST<br>SUITE 640<br>HOUSTON, TX 77008-9000 | **ESTATE OF MIRANDA LEE DEASES** | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.25 **STICKY PROMOTIONS, LLC** | C/O ALBERT T. VAN HUFF<br>1225 NORTH LOOP WEST<br>SUITE 640<br>HOUSTON, TX 77008-9000 | **ELVIRA MATA** | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |

Debtor  **ELEVEN11 LOUNGE GROUP, LLC**          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.26 | **STICKY PROMOTIONS, LLC** | C/O ALBERT T. VAN HUFF 1225 NORTH LOOP WEST SUITE 640 HOUSTON, TX 77008-9000 | **DELORES BALDERAS** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.27 | **STICKY PROMOTIONS, LLC** | C/O ALBERT T. VAN HUFF 1225 NORTH LOOP WEST SUITE 640 HOUSTON, TX 77008-9000 | **SANDY GARZA** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.28 | **STICKY PROMOTIONS, LLC** | C/O ALBERT T. VAN HUFF 1225 NORTH LOOP WEST SUITE 640 HOUSTON, TX 77008-9000 | **JOSE A. ZUNIGA** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.29 | **STICKY PROMOTIONS, LLC** | C/O ALBERT T. VAN HUFF 1225 NORTH LOOP WEST SUITE 640 HOUSTON, TX 77008-9000 | **THE ESTATE OF JESSLYN ZUNIGA** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.30 | **STICKY PROMOTIONS, LLC** | C/O ALBERT T. VAN HUFF 1225 NORTH LOOP WEST SUITE 640 HOUSTON, TX 77008-9000 | **ROBERT HERNANDEZ** | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **ELEVEN11 LOUNGE GROUP, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an
    amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$1,214,009.36** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | ELEVEN11 LOUNGE GROUP, LLC | Case number *(if known)* | |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **DAVID GONZALES<br>3622 OAKHALL DRIVE<br>HOUSTON, TX 77066<br>OWNER** | **MARCH 2022<br>- MARCH<br>2023** | **$28,110.00** | **MANAGER FEE** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **ROBERT HERNANDEZ, JESSICA DEASES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BIANCA HERNANDEZ AND THE ESTATE OF BRIANA LYNN HERNANDEZ, AND ELVIRA MATA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MIRANDA LEE DEASES V. ELEVEN 11 LOUNGE GROUP, LLC D/B/A ELEVEN ELEVEN NIGHTCLUB, STICKY PROMOTIONS, LLC, AND JUAN RAMOS<br>2021-74581** | **DRAM SHOP AND WRONGFUL DEATH** | **HARRIS COUNTY DISTRICT COURT<br>55TH JUDICIAL DISTRICT<br>201 CAROLINE STREET<br>9TH FLOOR<br>HOUSTON, TX 77002** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | ELEVEN11 LOUNGE GROUP, LLC | | Case number *(if known)* | |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | SANDY GARZA, JOSE A. ZUNIGA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JESSLYN ZUNIGA v. ELEVEN ELEVEN GROUP, LLC D/B/A ELEVEN ELEVEN NIGHTCLUB, STICKY PROMOTIONS, LLC<br>2022-22642 | DRAM SHOP ACT | HARRIS COUNTY DISTRICT COURT<br>80TH JUDICIAL DISTRICT<br>210 CAROLINE STREET<br>9TH FLOOR<br>HOUSTON, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | JOEL GUERRA, JR. AND NOEMY RIOS, INDIVIDUALLY, AS WRONGFUL DEATH BENEFICIARIES, AND ON BEHALF OF THE ESTATE OF JOEL GUERRA III v. ELEVEN11 LOUNGE GROUP, LLC, D/B/A ELEVEN11 LOUNGE<br>2022-31629 | DRAM SHOP AND WRONGFUL DEATH NONSUIT ORDER SIGNED 1/18/2023 | HARRIS COUNTY DISTRICT COURT<br>164TH JUDICIAL DISTRICT<br>201 CAROLINE STREET<br>9TH FLOOR<br>HOUSTON, TX 77002 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | JESUS DE LA GARZA JR. V. ELEVEN 11 LOUNGE GROUP LLC, LLR MANAGEMENT, INC., DAVID GONZALEZ, AND DELTA VALET<br>2022-27606 | PERSONAL INJURY | HARRIS COUNTY DISTRICT COURT<br>164TH JUDICIAL DISTRICT<br>201 CAROLINE STREET,<br>12TH FLOOR<br>HOUSTON, TX 77002 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| LIQUOR INVENTORY \| THEFT (BREAK-IN) \| POLICE REPORT 1328969-22 | 0 | 10/2/2022 | $11,931.00 |

Debtor    **ELEVEN11 LOUNGE GROUP, LLC**                               Case number *(if known)* _____

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | CHAMBERLAIN HRDLICKA 1200 SMITH STREET SUITE 1400 HOUSTON, TX 77002 | | 6/13/2022 | $10,338.00 |
| | Email or website address WWW.CHAMBERLAINLAW.COM | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Debtor   **ELEVEN11 LOUNGE GROUP, LLC**                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| CLUB AZUSA<br>4115 WASHINGTON AVENUE<br>HOUSTON, TX 77002 | DAVID GONZALES<br>3622 OAKHALL DRIVE<br>HOUSTON, TX 77066 | ALL OF DEBTOR'S TANGIBLE PERSONAL PROPERTY. | ☐ No<br>■ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

Debtor     **ELEVEN11 LOUNGE GROUP, LLC**                                    Case number *(if known)*

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■  No.
   ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **NATASHA MARTINEZ**<br>**FILE-IT INC.**<br>**2012 EMANCIPATION AVENUE**<br>**HOUSTON, TX 77004** | **2/1/21 - PRESENT** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor    **ELEVEN11 LOUNGE GROUP, LLC**                                          Case number *(if known)*

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **NATASHA MARTINEZ**<br>**FILE-IT INC.**<br>**2012 EMANCIPATION AVENUE**<br>**HOUSTON, TX 77004** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **DAVID GONZALES** | **5/17/2023** | **$15,545.00 (COST)** |
| | Name and address of the person who has possession of inventory records | | |
| | **DAVID GONZALES**<br>**3622 OAKHALL DRIVE**<br>**HOUSTON, TX 77066** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **DAVID GONZALES** | **3622 OAKHALL DRIVE<br>HOUSTON, TX 77066** | **SOLE MEMBER/MANAGER** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **ELEVEN11 LOUNGE GROUP, LLC**                                  Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | 3/1/22 - 3/27/23: **MANAGER PAY** 4/6/22, 4/8/22, 5/9/23, 11/18/22, 2/10/23, 3/20/23: **SUPPLIES** 2/10/23 AND 3/20/23: **TICKET** |
| | **DAVID GONZALES** **3622 OAKHALL DRIVE** **HOUSTON, TX 77066** | $28,110 | 3/1/22-3/20/2023 | |
| | **Relationship to debtor** **SOLE MEMBER/MANAGER** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2023**

**/s/ DAVID GONZALES**                                    **DAVID GONZALES**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

In re   **ELEVEN11 LOUNGE GROUP, LLC** _____   Case No. _____

Debtor(s)   Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,338.00** |
| Prior to the filing of this statement I have received | $ | **10,338.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **INVESTIGATING, ADVISING, AND FILING A JOINT CHAPTER 7 BANKRUPTCY AND AN APPEARANCE AT THE 341 MEETING OF CREDITORS.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **REPRESENTATION OF THE DEBTORS IN ANY DISCHARGEABILITY ACTIONS, JUDICIAL LIEN AVOIDANCES, RELIEF FROM STAY ACTIONS, MOTION TO DISMISS OR ANY OTHER ADVERSARY PROCEEDING.**

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 30, 2023** _____         **/s/ Jarrod B. Martin** _____
*Date*         **Jarrod B. Martin**
         *Signature of Attorney*
         **Chamberlain, Hrdlicka, White, Williams, & Aughtry, P.C.**
         **1200 Smith Street**
         **Suite 1400**
         **Houston, TX 77002**
         **(713) 658-1818   Fax: (713) 658-2553**
         **jarrod.martin@chamberlainlaw.com**
         *Name of law firm*

## United States Bankruptcy Court
### Southern District of Texas

In re  **ELEVEN11 LOUNGE GROUP, LLC**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 30, 2023**

**/s/ DAVID GONZALES**

**DAVID GONZALES**/Manager
Signer/Title

ALBERT T. VAN HUFF
MONSHAUGEN & VAN HUFF P.C.
1225 NORTH LOOP WEST, SUITE 640
HOUSTON, TX 77008


CHRIS SCHLEIFFER
THE BARTON LAW GROUP
1201 SHEPHERD DRIVE
HOUSTON, TX 77007


DANIEL P. BARTON
THE BARTON LAW GROUP
1201 SHEPHERD DRIVE
HOUSTON, TX 77007


DAVID GONZALEZ
C/O MONSHAUGEN & VAN HUFF, P.C.
1225 NORTH LOOP WEST, SUITE 640
HOUSTON, TX 77008


DELORES BALDERAS
C/O BANDAS LAW FIRM, P.C.
2211 NORFOLK STREET, SUITE 620
HOUSTON, TX 77098


DELTA VALET, LLC
C/O FARID FARSI, REGISTERED AGENT
14855 MEMORIAL DRIVE, SUITE 1514
HOUSTON, TX 77079


ECO LAB
655 LONE OAK DRIVE
SAINT PAUL, MN 55121


ELVIRA MATA
C/O RICARDO L. RAMOS, P.C.
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019

```
ESTATE OF BIANCA HERNANDEZ
C/O RICARDO L. RAMOS, P.C.
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019


ESTATE OF BRIANA LYNN HERNANDEZ
C/O RICARDO L. RAMOS, P.C.
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019


ESTATE OF MIRANDA LEE DEASES
C/O RICARDO L. RAMOS, P.C.
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019


FRANK CAYCEDO
THE LAW OFFICES OF SABRINA R. KARELS
19450 STATE HIGHWAY 249
SUITE 475
HOUSTON, TX 77070


G. ERICK ROSEMOND
BANDAS LAW FIRM, P.C.
2211 NORFOLK STREET, SUITE 620
HOUSTON, TX 77098



HUONG VAN VO DBA OCCIDENTIAL INVESTMENT
2509 FAIR OAK STREET
PEARLAND, TX 77584



ISABELLE D. VARLAN
MONSHAUGEN & VAN HUFF, P.C.
1225 NORTH LOOP WEST, SUITE 640
HOUSTON, TX 77008



JESSICA DEASES
C/O RICARDO L. RAMOS, P.C.
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019
```

JESUS DE LA GARZA JR.
C/O BARTON LAW GROUP
1201 SHEPHERD DRIVE
HOUSTON, TX 77007


JOEL GUERRA, JR.
C/O GROSSMAN LAW OFFICES, P.C.
5440 HARVEST HILL ROAD, SUITE 200
DALLAS, TX 75230


JOSE A. ZUNIGA
RICARDO L. RAMOS, PLLC
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019


JUAN RAMOS
11802 CRESCENT BLUFF DRIVE
PEARLAND, TX 77584


KARA STAUFFER
ALVAREZ STAUFFER BREMER PLLC
1301 MCKINNEY STREET, SUITE 1550
HOUSTON, TX 77010


LLR MANAGEMENT, INC.
C/O LAW OFFICES OF SABRINA R. KARELS
19450 STATE HIGHWAY 249, SUITE 475
HOUSTON, TX 77070


MONSHAUGEN &  VAN HUFF, P.C.
1225 NORTH LOOP WEST, SUITE 640
HOUSTON, TX 77008


NOEMY RIOS
C/O GROSSMAN LAW OFFICES, P.C.
5440 HARVEST HILL ROAD, SUITE 200
DALLAS, TX 75230

```
OCCIDENTAL INVESTMENT CO.
C/O JILL SCHEIN
RAMEY CHANDLER QUINN, P.C.
750 BERING DRIVE, SUITE 600
HOUSTON, TX 77057


OCCIDENTAL INVESTMENT COMPANY
WILLIAM F. ESTES, REGISTERED AGENT
6100 HILLCROFT, SUITE 106
HOUSTON, TX 77081



RICARDO L. RAMOS
RICARDO L. RAMOS, PLLC
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019


ROBERT HERNANDEZ
C/O RICARDO L. RAMOS, P.C.
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019


SANDY GARZA
C/O RICARDO L. RAMOS, PLLC
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019


STICKY PROMOTIONS, LLC
C/O ALBERT T. VAN HUFF
1225 NORTH LOOP WEST
SUITE 640
HOUSTON, TX 77008-9000


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528
CAPITAL STATION
AUSTIN, TX 78711-3528



THE ESTATE OF JESSLYN ZUNIGA
C/O RICARDO L. RAMOS, PLLC
THE RIVER OAKS BANK BUILDING
2001 KIRBY DRIVE, SUITE 340
HOUSTON, TX 77019
```

THE ESTATE OF JOEL GUERRA III
C/O GROSSMAN LAW OFFICES, P.C.
5440 HARVEST HILL ROAD, SUITE 200
DALLAS, TX 75230


WILLIE BEN DAW, III
DAW & RAY, LLP
5718 WESTHEIMER, SUITE 1400
HOUSTON, TX 77057

# United States Bankruptcy Court
## Southern District of Texas

In re   **ELEVEN11 LOUNGE GROUP, LLC** _____   Case No. _____
                                            Debtor(s)                    Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **ELEVEN11 LOUNGE GROUP, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**DAVID GONZALES**
**3622 OAKHALL DRIVE**
**HOUSTON, TX 77066**

☐ None [*Check if applicable*]

**June 30, 2023** _____
Date

**/s/ Jarrod B. Martin** _____
**Jarrod B. Martin**
Signature of Attorney or Litigant
Counsel for   **ELEVEN11 LOUNGE GROUP, LLC** _____
**Chamberlain, Hrdlicka, White, Williams, & Aughtry, P.C.**
**1200 Smith Street**
**Suite 1400**
**Houston, TX 77002**
**(713) 658-1818 Fax:(713) 658-2553**
**jarrod.martin@chamberlainlaw.com**